# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | | |
|---|---|---|
| USA | § § | CRIMINAL COMPLAINT |
| vs. | § § | CASE NUMBER: EP:19-M -08085(1) - MAT |
| (1) FEDERICO TZANAHUA-TZOMPAXTLE | § § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 24, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
"The DEFENDANT, Federico TZANAHUA-Tzompaxtle, an alien to the United States and a citizen of Mexico was found approximately 0.18 miles west of the Paso Del Norte Port of Entry on Chihuahua St. in El Paso, Texas in the Western District of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

08/26/2019                                   at   EL PASO, Texas
File Date                                         City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:19-M -08085(1)

WESTERN DISTRICT OF TEXAS

(1) FEDERICO TZANAHUA-TZOMPAXTLE

FACTS (CONTINUED)

Texas. From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously removed from the United States to Mexico on March 12, 2018 through Laredo, TX. Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 3 time(s), the last one being to MEXICO on March 12, 2018, through LAREDO, TX.

The DEFENDANT was removed to Mexico on 06/19/2013, through Laredo, TX.
The DEFENDANT was removed to Mexico on 06/01/2011 through Harlingen, TX.

CRIMINAL HISTORY:
10/03/2007, Houston County, MN, DWI(M), CNV, 90 Days in Jail, 2 Years Probation.
05/16/2011, Houston County, MN, DWI, REFUSE TO TEST(M), CNV, 180 Days Confinement.
04/23/2013, Fillmore County, MN, DWI(M), CNV, 365 Days Confinement, 2 Years Probation.
04/23/2013, Fillmore County, MN, GIVE PEACE OFFICER FALSE NAME(M), CNV, 1 Year Probation.
04/23/2013, Fillmore County, NM, D W/O VAL LIC(M), CNV, 1 Year Probation.